No. 92–7967. WALKER v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 92–7974. MIX v. CITY OF HAZEL PARK ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–7976. WILSON v. SEAFARERS INTERNATIONAL UNION ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7977. CAMPBELL v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 92–7984. HARRISON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–7987. SPLAWN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–7988. COOPER v. KANSAS. C. A. 10th Cir. Certiorari denied.

No. 92–7992. WILSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–7993. WIMBISH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7994. ABATE v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 92–8000. LANGH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8001. PERKINS v. SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 92–8002. MILLER v. LEE, ATTORNEY GENERAL OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 92–8005. JOHNSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.